Plaintiff,

**STEWART E. ALLEN**    INDEX# 08 CV 02405

--- AGAINST ---

**JET ONE JETS, INC.**

                    Defendant,

---

STATE OF NEW YORK)
         )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 11th day of March, 2008, she served the Summons in Civil Case and Complaint on JET ONE JETS, INC., an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                    _____
                    MARIA SCHMITZ

Sworn before me this
11th day of March, 2008

_____
WENDY J. HENDERSON
 No. 01HE5031008
Notary Public - State of New York
Qualified in Albany County
Commission Expires July 25, 2010