## UNITED STATES DISTRICT COURT

Southern District of New York

Stewart E. Allen

V.

Jet One Jets, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 02405**

**JUDGE SPRIZZO**

TO: (Name and address of Defendant)

Jet One Jets, Inc.
135 Crossway Park Drive
Woodbury, New York 11797

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth A. Hauser, Esq.
Hauser & Associates, PC
591 Broadway, Suite 3A
New york, New York 10012

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAR 1 0 2008

CLERK                                                  DATE

(By) DEPUTY CLERK