UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
STEWART ALLEN                                           Docket No. 08CV02405(JES)

                      Plaintiff,             **REQUEST FOR PRODUCTION OF DOCUMENTS**

JET ONE JETS, INC.

                      Defendant.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE , that Defendant, JET ONE JETS, INC., by its attorney, MICHAEL G. LoRUSSO, ESQ., demands that each party afford us the disclosure which this notice and demand specifies:

### PARTY STATEMENTS

Each adverse party is to serve upon this office, pursuant to FRCP 26 within thirty (30) days from the service of this Demand, a complete and legible copy of any statement made by or taken from any individual party or any officer, agent or employee of said party.

### DOCUMENTS

Each adverse party is to serve, pursuant to FRCP 26, within thirty days (30) from service of this Demand, a complete and legible copy of any and all agreements, contracts or other documents with reference to the event alleged in the complaint.

### NAME AND ADDRESSES OF ATTORNEYS

Each adverse party is to serve upon this office, within thirty (30) days from service of this Demand, the names and addresses of all attorneys having appeared int his action on behalf of any adverse party.

PLEASE TAKE FURTHER NOTICE THAT THESE ARE CONTINUING DEMANDS, and Defendant reserves the right to supplement and amend these demands up to and including that time of trial.

PLEASE TAKE FURTHER NOTICE that Defendant will object at trial, and move to preclude as to any adverse party who does not timely comply with aforesaid Demands.

Dated: Syosset, New York  
       March 25, 2008

          /S/  
MICHAEL G. LoRUSSO, ESQ.  
Attorney for Defendant  
316 Jackson Avenue  
Syosset, New York 11791  
516-921-4305

To:    HAUSER & ASSOCIATES, PC  
        Attorney for Plaintiff  
        591 Broadway, Suite 3A  
        New York, NY 10012  
        212-966-5253

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     }
                     }   SS:
COUNTY OF NASSAU      }

CELIA NASCIMENTO, being duly sworn deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

That on the 9th day of April, 2008, deponent served the within **REQUEST FOR PRODUCTION OF DOCUMENTS** on the below-listed parties, at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed is a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within New York State.

TO:   HAUSER & ASSOCIATES, PC
      Attorney for Plaintiff
      591 Broadway, Suite 3A
      New York, NY 10012

                                              /S/
                                    CELIA NASCIMENTO

Sworn to before me this
9th day of April, 2008.


    /S/
Notary Public

*Case No: 08 CV 02405*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEWART E. ALLEN,

                                                                       **Plaintiff(s),**

        -against-

JET ONE JETS, INC.,

                                                                       **Defendant(s).**

### REQUEST FOR PRODUCTION OF DOCUMENTS

**MICHAEL G. LoRUSSO, ESQ.**
Attorney for Defendants
316 Jackson Avenue
Syosset, NY  11791
516-921-4305
Fax 516-921-0729

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney duly admitted to practice in the court of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated:  March 25, 2008        Signature:        /S/
                                                                    MICHAEL G. LoRUSSO, ESQ.

*Service of a copy of the within*                                      *is hereby admitted.*

*Dated:*
                                                                Attorney for

*PLEASE TAKE NOTICE*

    ☐        *that the within is a (certified) true copy of a*
*Notice of*        *entered in the office of the clerk of the within-named Court on*    20
*Entry*

    ☐        *that an Order of which the within is a true copy will be presented for*
*Notice of*        *settlement to the Hon.*       *, one of the judges of the within-named*
*Settlement*      *Court at*
                      *On*         20   , at        M.

Dated:

                                                    **MICHAEL G. LoRUSSO, ESQ.**
                                                  Attorney for Defendants
                                                  316 Jackson Avenue
                                                  Syosset, NY  11791
                                                  516-921-4305
                                                  Fax 516-921-0729