UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STEWART E. ALLEN,

            Plaintiff,

    - against -                 08 Civ. 2405 (JES)

                                **ORDER**

JET ONE JETS, INC.,

            Defendant.
----------------------------------------X

    Counsel to all parties in the above-captioned action having appeared before the Court for a Pre-Trial Conference on July 17, 2008, and counsel to defendant having made an Application to Withdraw from Representation of defendant, and the Court having considered all matters raised, it is

    **ORDERED** that, as discussed at the aforementioned Conference, counsel to defendant's Application to Withdraw from Representation shall be and hereby is granted; and it is further

    **ORDERED** that a Pre-Trial Conference in the above-captioned action shall occur on September 3, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.


Dated:    New York, New York
          July  22 , 2008

                              John E. Sprizzo
                      United States District Judge